# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tracy Houston,                                          :
                              Petitioner               :
                                                       :
         v.                                             :
                                                       :
Workers' Compensation Appeal Board                     :
(Raymour & Flanigan),                                  :
                              Respondent               :        No. 2249 C.D. 2014

## **O R D E R**

NOW, September 2, 2015, having considered respondent's application for reargument, the application is denied.

_____

DAN PELLEGRINI,
President Judge